**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ZANDRA MATTIA
Plaintiff

VS. C.A.NO: 05-188 MC

KENNETH COTE SALON, INC.
Defendant

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendant, Kenneth Cote Salon, Inc., in the above-referenced matter

Defendant,
By its attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500

**CERTIFICATION**

I, the undersigned, hereby certify that I did send, by first class mail, postage prepaid, a true copy of the within Entry of Appearance to Stephen T. Fanning, 305 South Main Street, Providence, Rhode Island 02903 this 20th day of May, 2005.

Kristin M. Brennan