**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ZANDRA MATTIA
Plaintiff

VS. C.A.NO: 05-188 MC

KENNETH COTE SALON, INC.
Defendant

RECEIVED
MAY 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION ALLOWING DEFENDANT AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE COMPLAINT**

Now come counsel for Plaintiff and Defendant and enter into this Stipulation allowing Defendant an extension of time of thirty (30) days to June 19, 2005 to file an answer to the Complaint.

Plaintiff,
By her attorney,

Stephen Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8500

Defendant,
By its attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500

Enter:
Mary M. Lisi
USDJ 5/25/05



3