RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ZANDRA MATTIA
Plaintiff

VS. C.A.NO: 05-188 ML

KENNETH COTE SALON, INC.
Defendant

**STIPULATION ALLOWING DEFENDANT AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE COMPLAINT**

Now come counsel for Plaintiff and Defendant and enter into this Stipulation allowing Defendant an extension of time of thirty (30) days to July 19, 2005 to file an answer to the Complaint.

Plaintiff,
By her attorney,

[signature]

Stephen Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8500

Defendant,
By its attorneys,

[signature]

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500

Enter:
Mary M. Lisi
USDJ 6/23/05