RECEIVED
JAN 03 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ZANDRA MATTIA
Plaintiff

VS. C.A.NO: 05-188 MC ML

KENNETH COTE SALON, INC.
Defendant

## DISMISSAL STIPULATION

The above-entitled matter is hereby dismissed with Prejudice, no interest costs or attorney's fees.

Plaintiff,
By her attorney,

Stephen Fanning

Stephen Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8500

Date: 12/30/05

Defendant,
By its attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
Date: 12/30/05

Enter:
Mary M. Lisi
USDJ 1/4/06